UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY CASTERLOW-BEY,

     Plaintiff,

 v.

ANDREA JARMON, DEPARTMENT OF ASSIGNED COUNSEL,

     Defendants.

Case No. C17-5647 BHS-TLF

ORDER DENYING MOTION FOR APPOINTED COUNSEL

This matter comes before the Court on plaintiff's motion for court-appointed counsel. Dkt. 6. The Court finds that the appointment of counsel is not appropriate at this time.

No constitutional right to appointed counsel exists in a § 1983 action. *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981); *see United States v. $292,888.04 in U.S. Currency*, 54 F.3d 564, 569 (9th Cir. 1995) ("[a]ppointment of counsel under this section is discretionary, not mandatory"). However, in "exceptional circumstances," a district court may appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1) (formerly 28 U.S.C. § 1915(d)). *Rand v. Roland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *overruled on other grounds*, 154 F.3d 952 (9th Cir. 1998). To decide whether exceptional circumstances exist, the Court must evaluate both "the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986) (*quoting Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)). A plaintiff must plead facts showing he has an insufficient grasp

ORDER DENYING MOTION FOR APPOINTED
COUNSEL - 1

of his case or the legal issues involved and an inadequate ability to articulate the factual basis of his claims. *Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004).

At this time, the plaintiff has not shown, nor does the Court find, this case involves complex facts or law. The plaintiff has also not shown he is likely to succeed on the merits of his case. The Court is directing the plaintiff to amend his complaint because he has not stated a claim for which relief can be granted. Further, the "plaintiff's incarceration and limited access to legal materials are not exceptional factors constituting exceptional circumstances that warrant the appointment of counsel. Rather, they are the type of difficulties encountered by many pro se litigants." *Dancer v. Jeske*, 2009 WL 1110432, *1 (W.D. Wash. Apr. 24, 2009). Therefore, the Court finds the plaintiff has failed to show the appointment of counsel is appropriate at this time.

Accordingly, the plaintiff's motion (Dkt. 6) is **DENIED** without prejudice. The Clerk shall send a copy of this Order to the plaintiff.

Dated this 29th day of August, 2017.

Theresa L. Fricke
United States Magistrate Judge