UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY CASTERLOW-BEY,

        Plaintiff,

v.

ANDREA JARMON,

        Defendant.

CASE NO. C17-5647 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's complaint is **DISMISSED** and plaintiff's motions for Temporary Restraining Order (Dkt. 9) and Temporary Restraining Order and Motion to Consider Expedited Ruling on Motion for Protective Order (Dkt. 10) are **DENIED**.

Dated this 4th day of December, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER